**Order entered November 28, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01242-CV
### No. 05-18-01253-CV

## IN RE WILLIAM ELMER HASTINGS, Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-56619-V and F09-00729-V**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    ELIZABETH LANG-MIERS
       JUSTICE
